## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

In re:

JEREMY J. ERICKSON,

          Debtor.

Case No. J11-00382-DMD
Chapter 13

**Filed On
2/24/12**

### MEMORANDUM ON APPLICATION/ORDER FOR FEES

Pending before the court is the Application/Order for Fees filed by counsel for the debtor. The application cannot be granted at this time because it does not comply with applicable provisions of AK LBR 2016-1(c). In particular, the application lacks the detail required by LBR 2016-1(c)(3)[B], [C], [D] and [E], and (c)(5). Additionally, the application was not noticed in accordance with AK LBR 2002-1. Under AK LBR 2002-1(b)(1) the notice must state "that the act may be performed or the court may enter an order without an actual hearing unless a party in interest serves and files an objection in writing within a specified time; or . . . that the court has entered the order or authorized the act to be done without a hearing." AK LBR 2002-1(b)(2) requires notice of the application to include "a summary, fairly summarizing the relief requested, which must include . . . amounts of money . . . to whom to be paid."[1] Here, the Notice of Application/Order for Fees (Docket No. 35) lacks the statement required under LBR 2002-1(b)(1) and the summary required under LBR 2002-1(b)(2).

---

[1] *See* AK LBF 15 ("Notice of Time for Filing Objection to Application for Fees").

Because the Application/Order for Fees fails to comply with the provisions of AK LBR 2016-1(c) and was not noticed in accordance with LBR 2002-1(b)(1) and (2), it will be denied, without prejudice, pending proper re-noticing and the filing of a detailed application. An order will be entered accordingly.

DATED: February 24, 2012

                BY THE COURT

                /s/ Donald MacDonald IV
                DONALD MacDONALD IV
                United States Bankruptcy Judge

Serve: D. Pearson, Esq.
       L. Compton, Trustee
       U. S. Trustee

02/24/12

2